Case 7:23-cv-00437   Document 16   Filed on 07/17/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
July 18, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ERNESTO DE LA CRUZ, ABRAHAM GONZALEZ, GEOVANNY RODRIGUEZ, EMMANUEL GARCIA VEGA, DAVID CASTILLO and MANUEL MARTINEZ, § § § § § § **Plaintiffs,** § § VS. § § **CRAZY BUFFET 88, INC. D/B/A CRAZY INTERNATIONAL BUFFET and WEN BIN HUANG,** § § § § § **Defendants.** § | Civil Case No. 7:23-CV-00437 |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the June 11, 2024 Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Peter Bray. (Dkt. No. 15). Judge Bray made findings and conclusions and recommended that Plaintiffs' Motion for Default Judgment, (Dkt. No. 13), be granted. (Dkt. No. 15).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).  No party filed an objection.  As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005).  No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Judge Bray's M&R (Dkt. No. 15) is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) Plaintiffs' Motion for Default Judgment, (Dkt. No. 13), is **GRANTED**.

It is SO ORDERED.

Signed on July 17, 2024.

                                           *Drew B. Tipton*
                                           **DREW B. TIPTON**
                                    **UNITED STATES DISTRICT JUDGE**